# In the United States Court of Federal Claims

No. 19-825 L

Filed: February 16, 2021

---

**R&J ASHTON COURT LLC,**

               **Plaintiff,**

    **v.**

**THE UNITED STATES,**

               **Defendant.**

---

## SCHEDULING ORDER

On February 12, 2021, the parties filed a joint status report in which they report that they are engaged in settlement negotiations to reach a comprehensive settlement of this case. The parties seek additional time to allow these negotiations to continue and propose filing another joint status report by February 26, 2021. *See* ECF No. 47.

The Court agrees with the parties' proposal. The parties shall file a joint status report on or before February 26, 2021.

**IT IS SO ORDERED.**

                                s/ Edward H. Meyers

                                Edward H. Meyers

                                Judge